

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-82,861-01

**EX PARTE BRENNEN LEE BLEDSOE, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 114-1138-10-A IN THE 114TH DISTRICT COURT
### FROM SMITH COUNTY

**YEARY, J., filed a dissenting opinion.**

### <u>DISSENTING OPINION</u>

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: FEBRUARY 10, 2016
DO NOT PUBLISH